| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>CHRISTOPHER D. BAKER<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099<br><br>Attorneys for Plaintiff<br>United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL BARRIOS, JR., and<br>BRANDI MARSHALL,<br><br>Defendants. | CASE NO. 1:17-CR-00200-DAD-BAM<br><br><u>ORDER FOR FORFEITURE MONEY JUDGMENT</u> |

Based upon the United States' Application for Forfeiture Money Judgment and the entry of a guilty plea as to defendants Daniel Barrios and Brandi Marshall,

IT IS HEREBY ORDERED that

1. Defendants Daniel Barrios and Brandi Marshall shall forfeit to the United States $1,121,419.00, less any forfeited funds, and the Court imposes a personal forfeiture money judgment against the defendants in that amount.

2. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure custody and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

ORDER FOR FORFEITURE MONEY JUDGMENT     1

4. In accordance with Rule 32.2(b)(3), the United States, in its discretion, shall be allowed to conduct discovery, including but not limited to serving Interrogatories, Requests for Admissions, Requests for Production of Documents, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property to satisfy the money judgment.

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $1,121,419.00 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated: **January 8, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE