| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | CHRISTOPHER D. BAKER<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for the<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-cr-00200-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | EXISTING DATE: March 19, 2018<br>PROPOSED DATE: May 14, 2018 |
| DANIEL BARRIOS, JR., | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous stipulation and order, the sentencing hearings for both co-defendants in this case were scheduled for March 19, 2018, at 10:00 a.m.

2. On January 22, 2018, the Court granted co-defendant Brandi Marshall's unopposed motion to continue her sentencing hearing to May 14, 2018 (CR 34).

3. By this stipulation, the parties move to continue defendant Barrios' sentencing hearing until **May 14, 2018, at 10:00 a.m.** (the same date as co-defendant Marshall's sentencing hearing).

4. The parties agree and stipulate that concurrent sentencing hearings for both co-defendants on the same date best serves the interest of justice, reduces the inconvenience that separate sentencing hearings may cause victims who wish to address the Court at sentencing under the Crime Victims' Rights Act (18 U.S. C. § 3771(a)(4)), and thereby conserves judicial resources. Accordingly, the parties request the Court vacate the sentencing hearing currently scheduled and re-schedule the sentencing hearing for **May 14, 2018, at 10:00 a.m.** or at a date and time thereafter that is convenient to the Court.

IT IS SO STIPULATED.

DATED: January 23, 2018     McGREGOR W. SCOTT
United States Attorney

By: /s/ Christopher D. Baker
CHRISTOPHER D. BAKER
Assistant United States Attorney

DATED: January 23, 2018

/s/ Scott Quinlan
W. SCOTT QUINLAN
Counsel for Defendant
Daniel Barrios, Jr.

**O R D E R**

IT IS SO FOUND AND ORDERED that good cause having been established to continue the sentencing hearing, the current date set for sentencing be vacated and that the matter be re-set for sentencing on **May 14, 2018, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: __**January 23, 2018**__

UNITED STATES DISTRICT JUDGE